FITZGERALD REALTY AND MORTGAGE CORP. v. JOSEPH MC KAY.

December 11, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. MATTHEW HAYES.

December 11, 1974. Petition for certification denied.

JOAN TRACEY v. THUNDERBIRD MOTEL.

December 11, 1974. Petition for certification denied.

STATE OF NEW JERSEY v. JAMES J. CARRONA.

December 11, 1974. Petition for certification denied.

PAUL OSADCHY v. JOSEPH GANS.

December 11, 1974. Petition for certification denied.